MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6401
    FAX: (415) 436-6753
    damali.taylor@usdoj.gov

Attorney for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TELEPHONE INFORMATION NEEDED FOR A CRIMINAL INVESTIGATION | CR-14-90532 NC<br><br>**NOTICE OF APPEARANCE FOR THE UNITED STATES** |

    The United States Attorney's Office hereby files this Notice of Appearance to advise the Court that Assistant United States Attorney, Damali A. Taylor appears for the United States in this case. Future ECF notices should also be sent to AUSA Damali A. Taylor at the email address of Damali.Taylor@usdoj.gov.

**NOTICE OF APPEARANCE FOR THE UNITED STATES**
CR-14-90532 NC

1 | Date: July 15, 2014                                          Respectfully submitted,

2                                                                                        MELINDA HAAG
                                                                                         United States Attorney
3

4

5                                                                                        _____/s/_____
                                                                                         DAMALI A. TAYLOR
6                                                                                        Assistant U.S. Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEARANCE FOR THE UNITED STATES**
CR-14-90532 NC