1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TELEPHONE INFORMATION NEEDED FOR A CRIMINAL INVESTIGATION | Case No.  14-xr-90532 NC<br><br>**ORDER RE: REQUEST TO UNSEAL**<br><br>Dkt. No. 4 |

In response to the letter request for a redacted copy of the underlying government applications, which was opposed by the government, the request is denied.  There is good cause to keep the underlying applications under seal at the present time.

Dated:   July 22, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge