Jennifer Lynch (SBN 240701)
jlynch@eff.org
Hanni M. Fakhoury (SBN 252629)
hanni@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Counsel for *Amicus Curiae*
ELECTRONIC FRONTIER FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TELEPHONE INFORMATION NEEDED FOR A CRIMINAL INVESTIGATION | Case No.: 3:14-xr-90532-NC-1<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE**<br><br>Courtroom A, 15th Floor<br>Hon. Nathanael Cousins |

## ORDER

Having considered the pleadings in this matter, and good cause appearing, IT IS SO ORDERED that the Electronic Frontier Foundation's Unopposed Motion for Leave to File Brief Amicus Curiae is **GRANTED**.

**IT IS SO ORDERED.**

Dated: 7/30/2014

Hon. Nathanael Cousins
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2014, I filed the foregoing with the Clerk of the Court and caused to be served by U.S. Mail, postage thereon fully prepaid, a true and correct copy of the foregoing on:

Ellen Valentik Leonida
Federal Public Defender's Office
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

*Counsel for Defendant*

Damali A. Taylor
U.S. Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
415-436-6401
Email: damali.taylor@usdoj.gov

*Counsel for Plaintiff*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Dated this 29th day of July, 2014.

*[signature]*
Stephanie Shattuck

2
[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO
FILE BRIEF AMICUS CURIAE
CASE NO.: 3:14-xr-90532-NC-1